UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> 1) PROPHET KARIM HADIALIM ALLAH ) <br>     a/k/a "Prophet Allah" ) <br>     a/k/a "Profit" ) <br> 2) RODNEY DEJUAN ALLISON ) <br>     a/k/a "Hot" ) <br>     a/k/a "Biggs" ) <br> 3) WILLIAM LUTHER DOWNS, JR. ) <br>     a/k/a "Little Hot" ) <br> 4) HARRY JAMES ODUM ) <br>     a/k/a "Jake" ) <br> 5) DERRICK MAURICE PERRY ) <br>     a/k/a "Dee" ) <br> 6) TERESA DAY SHUPING ) <br> 7) ELLIOT NORRIS SMITH ) <br>     a/k/a "Ell" ) <br> 8) JEFFREY ALLEN WRIGHT ) <br> ) | DOCKET NO. 1:19 CR 28 <br><br> **ORDER TO SEAL** <br> **INDICTMENT** |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 2nd day of April, 2019.

_____
W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE