IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 28

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| v. | ) | ORDER |
| RODNEY DEJUAN ALLISON | ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Motion to Continue Hearing on Defendant's Motions to Suppress (Doc. 108) ("Motion to Continue").

The Motion to Continue is **GRANTED**, and the Clerk is respectfully directed to reschedule the hearing currently scheduled for September 10, 2019.

Signed: September 9, 2019

W. Carleton Metcalf
United States Magistrate Judge