IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 28 MR WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RODNEY DEJUAN ALLISON | ) | |
| | ) | |
| | ) | |

This matter is before the Court on Defendant's Motions for Admission *Pro Hac Vice* and Affidavits ("Motions") filed by Stephen P. Lindsay on behalf of James Gabriel Banks, Jr. and William H. Thomas. Docs. 315 & 316.

The docket indicates that, during Defendant's sentencing hearing on April 29, 2021, the District Court granted an oral motion to withdraw by Defendant's previous attorneys and granted Defendant's Pro Se Renewed Motion for Appointment of Counsel (Doc. 313). As Defendant had previously been found to be indigent, the Federal Defender's Office was requested to assign counsel to represent Defendant. The sentencing hearing itself was continued.

The following day, April 30, 2021, attorney Anthony Scheer was appointed to represent Defendant.

On June 22, 2021, Mr. Lindsay filed the Motions, which seek the *pro hac vice* admission of Georgia attorneys Mr. Banks and Mr. Thomas.

From these filings, it would appear that Mr. Lindsay may have been retained to represent Defendant. However, Mr. Lindsay has not filed a notice indicating that he is entering a general appearance for Defendant.

Such information regarding Mr. Lindsay's representation is necessary before the undersigned can consider the Motions and/or whether the representation of Defendant by Mr. Scheer as appointed counsel is no longer necessary.

Accordingly, Mr. Lindsay is **DIRECTED** to file, within seven days of the entry of this Order, a notice of general appearance or other appropriate statement describing his representation.

It is so ordered.

Signed: June 23, 2021

W. Carleton Metcalf
United States Magistrate Judge