IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 28 MR WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | ORDER |
| RODNEY DEJUAN ALLISON | ) | |

This matter is before the Court on Defendant's Motions for Admission *Pro Hac Vice* and Affidavits ("Motions") filed by Stephen P. Lindsay on behalf of James Gabriel Banks, Jr. and William H. Thomas. (Docs. 321 & 322).

In response to the undersigned's Order of June 24, 2021 (Doc. 319), Mr. Lindsay filed a "Renewed Notice of **General** Appearance of Counsel" (Doc. 320) which states that he has been retained to serve as local counsel for Defendant and that he is making a general appearance in this matter.

The Motions represent that Mr. Banks and Mr. Thomas are members in good standing of the Bar of the State of Georgia. It further appears that the requisite admission fees have been paid.

Accordingly, the Court **GRANTS** the Motions (Docs. 321 & 322) and **ADMITS** James Gabriel Banks, Jr., and William H. Thomas to practice *pro hac vice* before the Court in this matter while associated with local counsel.

However, no filing by defense counsel has addressed the issue of whether Defendant's representation by appointed counsel Mr. Scheer should continue, given that Defendant is represented by Mr. Lindsay as retained counsel (as well as now by Mr. Banks and Mr. Thomas). Therefore, the Court **DIRECTS** all counsel for Defendant to confer regarding that issue and to make any appropriate filing(s) on or before July 16, 2021.

It is so ordered.

Signed: July 8, 2021

W. Carleton Metcalf
United States Magistrate Judge