IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-0028-MR-WCM-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> (2) RODNEY DEJUAN ALLISON, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Amended Motion to Seal [Doc. 344].

The Defendant, through counsel, moves the Court for leave to file a Memorandum [Doc. 336] under seal in this case. [Doc. 344]. In his amended[1] Motion, the Defendant identifies the portions of the memorandum sought to be sealed and the purported basis for the sealing thereof. [See Doc. 344]. However, the Defendant has not filed a publicly accessible version of the memorandum that redacts only those portions sought to be sealed. See United States v. Harris, 890 F.3d 480, 491-92 (4th Cir. 2018).

---

[1] The Court denied without prejudice the Defendant's original motion to seal but allowed the memorandum to remain temporarily under seal pending the Defendant filing a renewed motion to seal that identifies with specificity the portions of the memorandum sought to be sealed and provides sufficient basis for the sealing thereof. [Doc. 342].

Accordingly, the Court will deny the Defendant's amended Motion to Seal. The Court, however, will still allow the memorandum to remain temporarily under seal pending the Defendant filing a renewed Motion to Seal and a publicly accessible version of the memorandum that redacts only those portions sought to be sealed.

**IT IS, THEREFORE, ORDERED** that the Defendant's Amended Motion to Seal [Doc. 344] is **DENIED WITHOUT PREJUDICE**. The Defendant shall file a Motion to Seal that identifies with specificity the portions of the memorandum to be sealed and provides sufficient basis for the sealing thereof and a publicly accessible version of the memorandum that redacts only those portions sought to be sealed within fourteen (14) days. The Memorandum [Doc. 336] shall remain temporarily under seal until further Order of this Court.

**IT IS SO ORDERED.**

Signed: April 18, 2022

Martin Reidinger
Chief United States District Judge