IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-0028-MR-WCM-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| (2) RODNEY DEJUAN ALLISON, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Supplemental Amended Motion to Seal [Doc. 358].

The Defendant, through counsel, moves the Court for leave to file an unredacted Sentencing Memorandum [Doc. 336] under seal in this case. [Doc. 358]. For grounds, counsel states that the unredacted memorandum contains sensitive information that is ordinarily sealed. [Id.].

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives."

Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present case, the public has been provided with adequate notice and an opportunity to object to the Defendant's motion. The Defendant filed his motion and the proposed redacted version of his Sentencing Memorandum on April 21, 2022, and they have been accessible to the public through the Court's electronic case filing system since that time. [See Docs. 357, 358]. Further, the Defendant has demonstrated that the redacted portions of the memorandum contain sensitive information and that the public's right of access to such information is substantially outweighed by the Defendant's competing interest in protecting the details of such information. See United States v. Harris, 890 F.3d 480, 492 (4th Cir. 2018). Finally, having considered less drastic alternatives to sealing the document, the Court concludes that sealing of the unredacted Sentencing Memorandum is necessary to protect the Defendant's interest in preventing the disclosure of this sensitive information.

Accordingly, the Defendant's Motion to Seal is granted, and counsel shall be permitted to file the unredacted version of the Sentencing Memorandum [Doc. 336] under seal.

**IT IS, THEREFORE, ORDERED** that the Defendant's Supplemental Amended Motion to Seal [Doc. 358] is **GRANTED**, and the unredacted version of the Sentencing Memorandum [Doc. 336] shall remain on the docket under seal until further Order of this Court.

**IT IS SO ORDERED.**  Signed: May 19, 2022

Martin Reidinger
Chief United States District Judge