IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:19-cr-00028-MR-WCM-2

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
|  | ) |  |
| RODNEY DEJUAN ALLISON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court for a screening review of the Defendant's Motion for Reduction of Sentence. [Doc. 409].

The Defendant previously filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255, which motion was denied. [Doc. 389]. The Defendant appealed the denial of that motion, and that appeal currently remains pending. By the present motion, it appears that Defendant intends to request a sentence reduction based on compassionate release under 18 U.S.C. § 3582(c)(1)(A) and, alternatively, a sentence reduction pursuant to 18 U.S.C. § 3582.[1] [See id. at 7].

---

[1] The Defendant also argues that counsel provided ineffective assistance, which was an issue he raised in his § 2255 motion. [See Doc. 409 at 9-10].

Because the appeal of the Order denying the Defendant's § 2255 motion is still pending, the Court will hold the Defendant's present Motion for Reduction of Sentence in abeyance pending resolution of that appeal.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 409] will be treated as one for a sentence reduction based on compassionate release under 18 U.S.C. § 3582(c)(1)(A) and, alternatively, as one for a sentence reduction pursuant to 18 U.S.C. § 3582 in the Defendant's criminal proceeding. The Clerk's Office is directed to update the docket accordingly.

**IT IS FURTHER ORDERED** that the Defendant's Motion [Doc. 409] shall be **HELD IN ABEYANCE** pending resolution of the appeal of the Order denying the Defendant's § 2255 motion.

**IT IS SO ORDERED**.

Signed: January 13, 2025

Martin Reidinger
Chief United States District Judge